IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAURA CREACH                                                                                       PLAINTIFF

VS.                                          CASE NO. 09-CV-1051

BRUCE TERRY and SOUTHEAST
EDUCATION SERVICE COOPERATIVE                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. 25). Plaintiff is seeking to dismiss all claims against Defendants Bruce Terry and Southeast Education Service Cooperative. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against Defendants are hereby **DISMISSED** without prejudice.

IT IS SO ORDERED, this 6th day of December, 2010.

                                                          /s/ Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge